# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LARRY PARKER III          PLAINTIFF

vs.          NO. 4:19CV00262 SWW

GARY ARNOLD AND BRIAN CLARY          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2019.

         /s/Susan Webber Wright
         UNITED STATES DISTRICT JUDGE